**ZIMMERMAN, AXELRAD,**
**MEYER, STERN & WISE, P.C.**
ATTORNEYS AT LAW

Jennifer S. Wilson
*ASSOCIATE*

3040 POST OAK BOULEVARD
SUITE 1300
HOUSTON, TEXAS 77056-6560

TELEPHONE: (713) 552-1234
Direct: (713) 212-2674
FAX: (713) 963-0859
E-MAIL: jwilson@zimmerlaw.com

March 21, 2014

*Via Email:FIssa@ReedSmith.com*

Ms. Fazila Issa
Reed Smith LLP
811 Main Street, Suite 1700
Houston, Texas 77002

Re:   No. 4:13-cv-03353; *Brittany Russell v. Columbia Pipeline Group Services Company f/k/a NiSource Gas Transmission and Storage Company, et al;* in the United States district Court for the Southern District of Texas, Houston Division.

Dear Fazila:

This letter will confirm our agreement that Defendants will have until Tuesday, April 29, 2014, to object or otherwise respond to the following written discovery to Defendants:

1. Plaintiff's First Set of Requests for Admission to Defendant Columbia Gas Transmission, LLC;
2. Plaintiff's First Set of Requests for Admission to Defendant Columbia Pipeline Group Services Company f/k/a NiSource Gas Transmission and Storage Company;
3. Plaintiff's First Set of Requests for Production of Documents to Defendant Columbia Gas Transmission, LLC;
4. Plaintiff's First Set of Requests for Production of Documents to Defendant Columbia Pipeline Group Services Company f/k/a NiSource Gas Transmission and Storage Company;
5. Plaintiff's First Set of Interrogatories to Defendant Columbia Gas Transmission, LLC; and
6. Plaintiff's First Set of Interrogatories to Defendant Columbia Pipeline Group Services Company f/k/a NiSource Gas Transmission and Storage Company.

This letter will confirm our further agreement that Plaintiff will have until Tuesday, April 29, 2014, to object or otherwise respond to the following written discovery to Plaintiff:

Ms. Fazila Issa
March 21, 2014
Page 2

1. Defendant's First Set of Interrogatories to Plaintiff; and
2. Defendant's First Request for Production of Documents to Plaintiff.

If this letter correctly sets forth our agreement, please sign below and email or fax the executed letter agreement to me by Monday, March 24, 2014.

Sincerely,

*Jennifer Wilson*

Jennifer S. Wilson

**AGREED:**

**Reed Smith LLP**

By: *Fazila Issa*
Fazila Issa