UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BRITTANY RUSSELL,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:13-cv-03353** |
| | § | |
| **COLUMBIA PIPELINE GROUP** | § | **JURY DEMANDED** |
| **SERVICES COMPANY f/k/a** | § | |
| **NISOURCE GAS TRANSMISSION AND** | § | |
| **STORAGE COMPANY and COLUMBIA** | § | |
| **GAS TRANSMISSION, LLC,** | § | |
| **Defendants.** | § | |

### AGREED MOTION FOR
### ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE

Brittany Russell ("Plaintiff") and Columbia Pipeline Group Services Company f/k/a NiSource Gas Transmission & Storage Company and Columbia Gas Transmission, LLC ("Defendants") (collectively, Plaintiff and Defendants are referred to herein as the "Parties"), file this Agreed Motion for Entry of Order of Dismissal With Prejudice.

The Parties hereby stipulate that this action and all claims and causes of action asserted or which could have been asserted in this litigation by Plaintiff against Defendants be dismissed with prejudice with each party to bear its own costs and attorney's fees. Accordingly, the Parties hereby request the Court to enter the Agreed Order of Dismissal With Prejudice (the "Agreed Order"), which is filed by the Parties contemporaneously with the filing of this Motion.

WHEREFORE the Parties respectfully request the Court to enter the Agreed Order.

Respectfully submitted,

Jennifer S. Wilson
State Bar No. 21697500
Federal I.D. No. 403
ZIMMERMAN, AXELRAD,
MEYER, STERN & WISE, P.C.
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Tel. 713-552-1234
Fax 713-963-0859
Jwilson@zimmerlaw.com
Afinch@zimmerlaw.com
Fazila Issa

**Attorney-in-Charge for Plaintiff,
Brittany Russell**

Fazila Issa
State Bar No. 24046136
Fed. I.D. No.
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas  77002
Tel. 713-469-3826
Fax. 713-469-3899
Fissa@reedsmith.com

**Attorney-in-Charge for Defendants,
Columbia Pipeline Group Services Company
f/k/a NiSource Gas Transmission & Storage
Company and Columbia Gas Transmission,
LLC**

2