UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRITTANY RUSSELL, § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 4:13-cv-03353 |
| § | |
| COLUMBIA PIPELINE GROUP § | JURY DEMANDED |
| SERVICES COMPANY f/k/a § | |
| NISOURCE GAS TRANSMISSION AND § | |
| STORAGE COMPANY and COLUMBIA § | |
| GAS TRANSMISSION, LLC, § | |
| Defendants. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Agreed Motion for Entry of Order of Dismissal With Prejudice (the "Agreed Motion") of Brittany Russell ("Plaintiff") and Columbia Pipeline Group Services Company f/k/a NiSource Gas Transmission & Storage Company and Columbia Gas Transmission, LLC ("Defendants") (collectively, Plaintiff and Defendants are referred to herein as the "Parties"). The Court is of the opinion that the Parties' Agreed Motion should be granted. It is therefore

ORDERED, ADJUDGED AND DECREED that this action and all claims and causes of action asserted or which could have been asserted in this litigation by the Plaintiff against Defendants are hereby dismissed with prejudice. It is further

ORDERED, ADJUDGED AND DECREED that each party will bear its own costs and attorney's fees. It is further

ORDERED, ADJUDGED AND DECREED that this Agreed Order fully and finally disposes of all claims and causes of action in this litigation.

ENTERED on this the 26 day of August, 2014.

*[signature]*

**HONORABLE KEITH ELLISON**
**UNITED STATES DISTRICT JUDGE**

APPROVED:

*[signature]*

Jennifer S. Wilson
State Bar No. 21697500
Federal I.D. No. 403
ZIMMERMAN, AXELRAD,
MEYER, STERN & WISE, P.C.
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Tel. 713-552-1234
Fax 713-963-0859
Jwilson@zimmerlaw.com

**Attorney-in-Charge for Plaintiff,**
**Brittany Russell**

*[signature]*

Fazila Issa
State Bar No. 24046136
Fed. I.D. No.
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002
Tel. 713-469-3826
Fax. 713-469-3899
Fissa@reedsmith.com

**Attorney-in-Charge for Defendants,**
**Columbia Pipeline Group Services Company f/k/a**
**NiSource Gas Transmission & Storage Company**
**and Columbia Gas Transmission, LLC**